IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Camarillo, Carmen | Case Number:  07 B 04208 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/29/08 | Filed:  3/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: May 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,507.50 | |
| Secured: | | 8,792.39 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,324.00 |
| Trustee Fee: | | 676.11 |
| Other Funds: | | 715.00 |
| Totals: | 12,507.50 | 12,507.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,324.00 | 2,324.00 |
| 2. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | C&NW Proviso Credit Union | Secured | 0.00 | 0.00 |
| 4. | C&NW Proviso Credit Union | Secured | 0.00 | 0.00 |
| 5. | C&NW Proviso Credit Union | Secured | 8,721.65 | 2,550.00 |
| 6. | Cook County Treasurer | Secured | 2,490.00 | 0.00 |
| 7. | Popular Mortgage Services | Secured | 8,699.41 | 6,242.39 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 2,539.42 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 266.73 | 0.00 |
| 10. | Activity Collection Svc | Unsecured | 19.19 | 0.00 |
| 11. | C&NW Proviso Credit Union | Unsecured | 977.87 | 0.00 |
| 12. | General Motors Acceptance Corp | Unsecured | 11,775.75 | 0.00 |
| 13. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 14. | CMRE Financial Svcs | Unsecured | | No Claim Filed |
| 15. | United Compucredit Collection | Unsecured | | No Claim Filed |
| 16. | Payday Loan | Unsecured | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 18. | Village of Evergreen Park | Unsecured | | No Claim Filed |
| 19. | Village of Oak Lawn | Unsecured | | No Claim Filed |
| | | | $ 37,814.02 | $ 11,116.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 443.71 |
| 6.5% | 232.40 |
| | $ 676.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Camarillo, Carmen | Case Number:  07 B 04208 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/29/08 | Filed:  3/9/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

